FILED APR 21 '23 PM 1:35 USDCALS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

Belinda Cherry
   Plaintiff,              :
                           :
vs.                        :   Civil Action No. 23-cv-142-KD-B
                           :
Independent living Center of Mobile
   Defendant(s)            :

## COMPLAINT

1. Plaintiff resides at 361 Adler Ave. Mobile, Al 36604

2. Name(s) of defendant(s) ~~Dr. Eric Peebles~~ ~~(Tommy)~~ Thomas Whittington, Independent living center

3. Location of principal office(s) of the named defendant(s) 6750 Howells ferry Rd. Mobile, Al 36618

4. Nature of business of defendant(s) Independent living Center of Mobile

5. Approximate number of individuals employed by defendant(s) 100

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _X_ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _X_ Other acts as specified below: fired over email Reguarding meeting with Thomas Whittington Plus Dr. Eric Peebles

Rev. 8/2015

7. Plaintiff is:

   (A) \_\_\_\_\_ Presently employed by the defendant.

   (B) _X_ Not presently employed by the defendant.

   The dates of employment were 01·06·2023

   (1) _X_ Plaintiff was discharged.

   (2) \_\_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) _X_ Race          \_\_\_\_\_ Sex

   \_\_\_\_\_ Color          \_\_\_\_\_ National Origin

   \_\_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) \_\_\_\_\_ Physical disability

   \_\_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_\_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Thomas Whittington

10. The alleged discrimination occurred on or about 01·06·2023

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: _____

retaliation, because Thomas Whittington was creating a hostile work environment for myself and other employees i ask for A meeting with The director and Tommy. And Tommy fired me.

12. The alleged illegal activity took place at Providence Hospital

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 01·25·2023

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 02/16/2023

14. I seek the following relief:

(A) __✓__ Recovery of back pay.

(B) _____ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 04/20/2023

Belinda Cherry
Signature of Plaintiff

361 Adler Ave
Address of Plaintiff  Mobile, AL 36604
251·620·7117
Telephone Number of Plaintiff

251·620·7117