# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BELINDA CHERRY,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 1:23-00142-KD-B |
| ) | |
| **INDEPENDENT LIVING CENTER OF** ) | |
| **MOBILE,** ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED**, that Judgment is entered in favor of Defendant Independent Living Center of Mobile and against Plaintiff Belinda Cherry.

**DONE** and **ORDERED** this the **8th** day of **March 2024.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**